# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00570-CV

**Victoria Barrientez, Appellant**

**v.**

**Raymond A. Contreras, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004253, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 11, 2022, we abated this appeal to provide Victoria Barrientez the opportunity to cure a jurisdictional defect by filing a supplemental clerk's record that includes an order granting her nonsuit of her underlying claim against Raymond A. Contreras. *See Barrientez v. Contreras*, No. 03-20-00570-CV, 2022 WL 722756, at *1 (Tex. App.—Austin Mar. 11, 2022, no pet. h.) (per curiam) (mem. op.). We required that Barrientez file the supplemental clerk's record or a status report within thirty days; otherwise, we noted, "the appeal may be dismissed for want of jurisdiction." *Id.* To date, there have been no filings in this appeal since the abatement. Accordingly, we reinstate and dismiss the appeal. *See* Tex. R. App. P. 42.3(a), (c).

_____

                      Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:   May 6, 2022